**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

**IN RE: LINDI M. KNIGHT**  **CHAPTER 13**
**SS # XXX-XX-4012**  **CASE NO. 12-62340**

   **Debtor(s)**

**ORDER DIRECTING PAYMENT OF FUNDS TO CHAPTER 13 TRUSTEE
(Automatic Payment From Employer)**

The above-named debtor(s) filed a Chapter 13 petition on **10/12/2012**, hereupon subjecting all wages and property of the debtor wheresoever situated, while this case is pending, to the jurisdiction of this Court.

Pursuant to 11 U.S.C. Section 1326(a)(1), it is

O R D E R E D:

That, **UVA MEDICAL CENTER, ATTN: PAYROLL DEPT., 1222 JEFFERSON PARK AVE, CHARLOTTESVILLE, VA. 22908,** Employer of Debtor, is hereby directed to pay unto the duly appointed Trustee, and with all payments made to, *__HERBERT L. BESKIN, TRUSTEE, P.O. BOX 1961, MEMPHIS, TN 38101-1961__, (434) 817-9913*, commencing with the next pay period, the sum of **$220.00 / BI-WEEKLY**, on or before **NEXT PAY PERIOD.**

If payment herein is being made by the employer, such employer is directed to withhold said sum from the debtor's wages, after deducting such amount necessary to pay withholding and social security taxes, pensions, hospitalization, retirement funds, and union dues, if any, and forward to the Trustee. The sum may be accumulated and remitted monthly to the Trustee, all pursuant to 11 U.S.C. Section 1325 (b).

Copies of this order are directed to be mailed to the debtor(s), counsel for the debtor(s), the trustee, and to the debtor(s) employer, if to be wage deduction.

DATED: October 30, 2012

Prepared by:
/s/ Larry L. Miller, P.C.
Larry L. Miller, P.C.   U.S. Bankruptcy Judge
MILLER LAW GROUP, P.C.
1160 Pepsi Place, Suite 341
Charlottesville, VA 22901
Phone (434) 974-9776
Fax     (434)974-6773